UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80136-CIV-SMITH/Matthewman

MARCELLO MARQUISE JETER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 10] of the Honorable William Matthewman, U.S. Magistrate Judge, on Movant Marcello Marquise Jeter's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Petition ("Motion"). In his thorough and well-reasoned Report, Judge Matthewman recommends that the Motion be denied and that the Court deny a certificate of appealability. Movant timely filed objections to the Report and Respondent did not file a response thereto.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Matthewman's Report, Movant's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Matthewman's well-reasoned analysis and his recommendation that the Motion be denied. Accordingly, it is

    **ORDERED** that:

    1) The Report and Recommendation [DE 20] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] is **DENIED**.

3) A Certificate of Appealability is **DENIED**.

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of February, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record